# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2016

Robert P. Young, Jr.,
Chief Justice

152426

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                       SC: 152426
                                       COA: 328492
                                       Allegan CC: 09-016573-FH

JAMES THEODORE PYLE,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 27, 2015 order of the Court of Appeals is considered and, it appearing to this Court that the cases of *People v Steanhouse* (Docket No. 152849) and *People v Masroor* (Docket Nos. 152946-8) are pending on appeal before this Court and that the decisions in those cases may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decisions in those cases.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2016


Clerk

t0914